# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **OSCAR ORLANDO ESTELA RIVERA**<br>SSN xxx-xx-0113<br><br>Debtor(s) | CASE NO: **24-02581-MCF**<br><br>**Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **06/20/2024**

Days From Petition Date: **34**

910 Days Before Petition: **12/23/2021**

Chapter 13 Plan Date: **06/20/2024** ☐ Amended

This is Debtor(s) 2nd Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: **07/24/2024 at 2:40PM**

341 Meeting Date: **07/24/2024 at 2:40PM**

Confirmation Hearing Date: **08/16/2024 at 2:15PM**

Plan Base: **$14,700.00**   Plan Docket #**4**

This is the 1st scheduled meeting.

Total Paid In: **$245.00**

*APPEREANCES:   ☐ Telephone   ☑ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☑ Examined      ☐ Not Examined under Oath          ☐ Examined      ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present       ☐ None

_____

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$217.00**    Outstanding (Through the Plan): **$3,783.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
                                                          Projected Disposable Income: $ -1202.09

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 11322      Estimated Priority Debt: $ 0.00

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $11,322.00**

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 0 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☑ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for:_____

Access via Zoom 341 Meeting Information Meeting ID: 842 075 7565 Passcode: 8744010630 ***Dedicated Phone: (939) 545-9003.

***As per UST Guideline for ZOOM 341 meeting Debtors and their attorneys must appear by video.

Comments:

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

- Proposed plan is insufficiently funded to pay liquidation value plus present value to general unsecured creditors.

- Debtor is claiming homestead exemption over property located at Urb. Borinquen Valley II, 445 Yugo Street, Caguas, PR when he does not live on said realty, nor does any dependent of the debtor. 11 U.S.C. 522(d)(1) In addition, debtor's ex-spouse is also claiming the homestead over the aforementioned property in her Chapter 13 bankruptcy case no. 24-01002(ESL).

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

- Proposed plan fails to give proper treatment to BPPR's claim #1 as amended secured by a mortgage lien over debtor's real property located at Urb. Borinquen Valle 445, Caguas, Puerto Rico.

- Proposed plan fails to cure substantial prepetition arrears on debtor's mortgage loan with BPPR, as it states that this mortgage is being paid by debtor's ex-spouse in her Chapter 13 bankruptcy case no. 24-01002(ESL) but said case was dismissed on 7//8/2024. See, section 8.4 of the proposed plan.

- Debtor stated that he will amend plan to provide IN REM relief from stay in favor of BPPR related to the mortgage over the real property located at Urb. Borinquen Valle 445, Caguas, Puerto Rico. Plan must be amended accordingly.

- Proposed plan is being objected by BPPR for the foregoing reason at Dk. No. 11.

- Debtor failed to disclose his mortgage loan with BPPR in schedule D, although it lists the collateral for said loan in schedule A/B. Debtor must amend schedule D to add his mortgage loan with BPPR. See, BPPR's POC 1-3.

- Debtor failed to check the proper box to indicate co-ownership of real property located at Urb. Borinquen Valley II, 445 Yugo Street, Caguas, PR.

- Debtor is improperly claiming a homestead exemption over real property located at Urb. Borinquen Valley II, 445 Yugo Street, Caguas, PR pursuant to section 522(d)(1), when neither he or any dependent of the debtor lives in it.

- Debtor has failed to provide evidence that he is current with his postpetition DSO payments.

/s/ Jose R. Carrion, Esq.
**Trustee**

Meeting Date: Jul 24, 2024

/s/ Jose R. Carrion, Esq., Presiding Officer

Last Docket Verified: 12   Last Claim Verified: 2   **Case Administrator: Alexandra Rodriguez**