# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **OSCAR ORLANDO ESTELA RIVERA**
SSN xxx-xx-0113

Debtor(s)

CASE NO: **24-02581-MCF**

**Chapter 13**

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**     Paid Pre-Petition: **$217.00**     Outstanding (Through the Plan): **$3,783.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☒ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $11,322.00**   Estimated Priority Debt: **$0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$11,322.00**

With respect to the (amended) Plan date: **Aug 08, 2024  (Dkt  16)**     Plan Base: **$17,100.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☒ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 63.3 %

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

- Proposed plan is insufficiently funded to pay liquidation value plus present value to general unsecured creditors. PV is $13,134.00

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

- Debtor's amended plan at Dk. No. 16 eliminates provision under section 3.1, yet said section is modified by provision in section 8.4 of the same.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.

- Debtor has failed to provide evidence that he is current with his post-petition DSO payments.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

- Debtor is improperly claiming a household of 3 in his means test calculation, counting debtor and her two minor daughters. However, mother is legal custodian of the children and claims the minors as dependents in her tax returns. As per debtor's own testimony his daughters live with his ex-spouse as legal custodian, debtor's household is therefore of only 1 person. The foregoing creates a general unsecured Pool in the amount of $11,634.60. This must be stated in section 5.1 of the plan. Trustee

disagrees with debtor's means test calculation, as it is improperly claiming a household of 3 persons under 65 years of age and it should be only 1 person under 65 years of age (only the debtor).

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: August 21, 2024

/s/ Luis Suarez, Esq.

Last Docket Verified: 20   Last Claim Verified: 5   CMC: